IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GERALD C. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-12-1403-M |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On January 29, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's applications for disability insurance benefits under the Social Security Act. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by February 19, 2014. A review of the record shows that plaintiff has not filed any objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 17] issued by the Magistrate Judge on January 29, 2014, and

(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 24th day of February, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE